UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:    THOMAS A. TRAVER

CASE NO.: 3:10-bk-02537-JAF

Debtor

## ORDER WITHDRAWING DEBTOR'S MOTION FOR APPROVAL OF MODIFICATION AGREEMENT

This case is before the Court on the Debtor's Motion for Approval of Modification Agreement against Wells Fargo Home Mortgage. At the hearing, Counsel for the Debtor withdrew the motion. It is

**ORDERED:**

The Debtor's Motion for Approval of Modification Agreement against Wells Fargo Home Mortgage is Withdrawn.

DATED this 9th day of November, 2010, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Debtor
Bryan K. Mickler
Douglas W. Neway, Chapter 13 Trustee
Wells Fargo Home Mortgage, c/o Edward Chestnutt, Managing Agent, 3476 Stateview Boulevard, Fort Mill, SC 29715